UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KELLY R.,[1] | ) | CIVIL ACTION NO. 4:23-CV-00685 |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | (ARBUCKLE, M.J.) |
| FRANK BISIGNANO,[2] | ) | |
|     Defendant | ) | |
| | ) | |

## ORDER

In accordance with the accompanying Memorandum Opinion, it is ORDERED that:

(1) The final decision of the Commissioner is AFFIRMED.

(2) The Clerk of Court is directed to CLOSE this case.

Date: January 21, 2025                    BY THE COURT

*s/William I. Arbuckle*
William I. Arbuckle
U.S. Magistrate Judge

---

[1] We adopt the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States that federal courts refer to social security plaintiffs by their first name and last initial.

[2] Frank Bisignano became the Acting Commissioner of Social Security on January 20, 2025. He is automatically substituted as the defendant, and no further action need be taken to continue this lawsuit. Fed. R. Civ. P. 25(d); 42 U.S.C. § 405(g).